ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Genesis MW Joint Venture ) ASBCA Nos. 60721, 60722
)
Under Contract No. W912DQ-11-D-4006 )

APPEARANCES FOR THE APPELLANT: David S. Demian, Esq.
Christopher R. Sillari, Esq.
Finch, Thornton & Baird, LLP
San Diego, CA


APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Dana J. Chase, Esq.
Trial Attorney

ORDER OF DISMISSAL

The parties have advised that the disputes underlying these appeals have been settled and final payment has been consummated. We grant appellant's unopposed motion of July 23, 2019, and dismiss these appeals with prejudice.

Dated: July 29, 2019

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60721, 60722, Appeals of Genesis MW Joint Venture, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals